# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

JESSICA VIVIANA ALVAREZ CLAVIJO,  )
  )
      Petitioner,  )
  )
v.  )  Case No. CIV-26-00473-JD
  )
WARDEN OF DIAMONDBACK  )
CORRECTIONAL FACILITY, et al.,  )
  )
      Respondents.  )

## **JUDGMENT**

Pursuant to the Court's Order filed today, the Court dismisses without prejudice Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 7], which amended [Doc. No. 1]. The Court further denies as moot Petitioner's *Ex Parte* Application for Temporary Restraining Order [Doc. No. 8], which amended [Doc. No. 2].

Entered this 13th day of April 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE